**FILED**

June 5, 2007

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                               )
         Plaintiff,          )
v.                           )
                               )
Phillip B. Harton,          )
                               )
         Defendant.        )

Case No.  2:07-mj-181 KJM

ORDER FOR RELEASE
OF PERSON IN CUSTODY

TO:     UNITED STATES MARSHAL:

         This is to authorize and direct you to release  Phillip B. Harton  Case 2:07-mj-181 KJM  from

custody subject to the conditions contained in the attached "Notice to Defendant Being Released"

and for the following reasons:

                __       Release on Personal Recognizance

                __       Bail Posted in the Sum of _____

                X       Unsecured bond in the amount of $140,000

                __       Appearance Bond with 10% Deposit

                __       Appearance Bond secured by Real Property

                __       Corporate Surety Bail Bond

                X       (Other)  PTS conditions/supervision

Issued at  Sacramento, CA  on 6/5/07       at  2:40 p.m.

By                                              

                    Kimberly J. Mueller,
                    United States Magistrate Judge