**FILED**
June 5, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> Brian S. Salerno, ) <br> ) <br> Defendant. ) | Case No. 2:07-mj-181 KJM <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Brian S. Salerno</u> Case <u>2:07-mj-181 KJM</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___   Release on Personal Recognizance

    ___   Bail Posted in the Sum of _____

    _X_   Unsecured bond in the amount of $100,000

    ___   Appearance Bond with 10% Deposit

    ___   Appearance Bond secured by Real Property

    ___   Corporate Surety Bail Bond

    _X_   (Other) <u>PTS conditions/supervision</u>

Issued at <u>Sacramento, CA</u> on <u>6/5/07</u> at <u>2:40 p.m.</u>

By _____
Kimberly J. Mueller,
United States Magistrate Judge