**FILED**
June 5, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>            )<br>            Plaintiff,  )<br>v.         )<br>            )<br>Brian S. Salerno,  )<br>            )<br>            Defendant.  ) | Case No. 2:07-mj-181 KJM<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Brian S. Salerno</u> Case <u>2:07-mj-181 KJM</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   \_ Release on Personal Recognizance

   \_ Bail Posted in the Sum of _____

   <u>X</u> Unsecured bond in the amount of $100,000

   \_ Appearance Bond with 10% Deposit

   \_ Appearance Bond secured by Real Property

   \_ Corporate Surety Bail Bond

   <u>X</u> (Other) <u>PTS conditions/supervision</u>

Issued at <u>Sacramento, CA</u> on <u>6/5/07</u> at **2:40 p.m.**

By _____
Kimberly J. Mueller,
United States Magistrate Judge